## VALDEZ v. STATE.

### No. 20802.

Court of Criminal Appeals of Texas.

Jan. 31, 1940.

Russell S. Ponder, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the offense of aggravated assault with a motor vehicle. Upon the

trial of the case he was convicted of a simple assault and his punishment assessed at a fine of ten dollars.

The record is before us without statement of facts or bills of exception. Nothing has been presented authorizing a reversal. The judgment is therefore affirmed.